

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00764-CV

Ronald **GUTIERREZ** Individually, R.G.&C. Automotive, Inc., and G&C Total Care, Inc.,
Appellants

v.

Joceline **NOLLKAMPER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13097
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF PROSECUTION. Costs of appeal are assessed against appellants.

SIGNED December 23, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice